UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    VS                                     CASE NO.  3:07-CR-84-001/LAC

FELIX O. POLANCO

## FINANCIAL REFERRAL AND ORDER

Regarding refund of funds for: _X_ Fine, __ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By: _____Felix O. Polanco #06761-017_ (Payee)
Address:   USP Atlanta
              PO Box 150160
              Atlanta, GA 30315

Receipt Number  _B061208DFLN307CR000084_

Date of Receipt  _7/23/08_

Motion: N/A

Explanation: Felix Polanco's $200.00 special assessment was paid on 3/11/08.  The Clerk's office received $25.00 on the June 2008 Bureau of Prisons (BOP) reports. According to the court dockets and financial records, Mr. Polanco does not owe any additional money. Requesting authorization to refund the $25.00 overpayment and any other payments we may receive from the BOP for this case.  There may be a timing difference on the BOP stopping payments for this account.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:  ___*s/Philip Detweiler*___
              Philip Detweiler, Financial Specialist        Date:  July 25, 2008

Referred by: Mary Maloy, Deputy Clerk

## ORDER OF COURT

It is ORDERED this 25th day of July, 2008, that the Clerk refund the identified funds to the payee.

APPROVED _____X_____

DENIED_____                      _____*s/L.A. Collier*_____
                                                                  LACEY A. COLLIER
                                                      SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99